UNITED STATES DISTRICT COURT/ DISTRICT OF NEW JERSEY        Attorney: LEVI HUEBNER & ASSOCIATES

---

AMANDA HAGER

                                          Plaintiff(s)

                - against -

NATIONAL RECOVERY AGENCY

                                          Defendant(s)

Index # 2:17-CV-07450-MCA-MAH

Purchased September 25, 2017

**AFFIDAVIT OF SERVICE**

---

STATE OF PA : COUNTY OF DAuphin ss:

Bernard Wojciechowski BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Harrisburg, PA 17109

That on October 17, 2017 at 09:38 AM at

2491 PAXTON STREET
HARRISBURG, PA 17111

deponent served the within SUMMONS AND COMPLAINT on NATIONAL RECOVERY AGENCY therein named.

    BY LEAVING A TRUE COPY WITH ARY MELENDEZ, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 25 | 5'5 | 140 |

Sworn to me on: October 20, 2017
Notary: Lauren Kaminski

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lauren Kaminski, Notary Public
Lower Paxton Twp, Dauphin County
My commission expires July 25, 2021

Server: Bernard Wojciechowski

Invoice #: 681676

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045