LAW OFFICES OF

# LAWRENCE KATZ

70 East Sunrise Highway
SUITE 500
VALLEY STREAM, NEW YORK 1I581

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 544-8878 |

Via ECF
Honorable Michael A. Hammer, Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street 2C
Newark, NJ 07101

Dated: February 5, 2018

Re: *Hager v. National Recovery Agency*, Case No: 2:17-cv-07450-MCA-MAH

Honorable Judge Hammer:

    I represent Amanda Hager, the Plaintiff.  I write regarding the upcoming scheduling conference, scheduled for February 22, 2018.

    This case involves several claims alleged under the Fair Debt Collection Practices Act. Defendant made an offer of judgment as to Plaintiff's claim. Plaintiff accepted the offer of judgment.  The offer included reasonable counsel fees and costs, it is necessary to determine these amounts, despite the offer having been accepted.

    Plaintiff made many attempts to reach Defendant and resolve these issues. It appears, judicial intervention, and perhaps motion practice, is going to be necessary to resolve the amount of costs and attorney fees.

    Thus, it is respectfully submitted that the Court revise the upcoming scheduling conference to be a pre-motion conference to resolve issue of costs and attorney fees.

                                                     Respectfully submitted,

                                                                         Lawrence Katz