UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA HAGER,<br><br>            Plaintiff,<br>v.<br><br>NATIONAL RECOVERY AGENCY,<br><br>            Defendant. | Civil Action No.:  2:17-cv-07450-MCA-MAH<br><br>**RULE 68 OFFER OF JUDGMENT** |

To Plaintiff, Amanda Hager, and her Counsel of Record:

Pursuant to Fed. R. Civ. P. 68, Defendant National Recovery Agency (hereinafter "NRA"), offers to have judgment in favor of Plaintiff Amanda Hager (hereinafter "Plaintiff"), entered in this action in the amount of $1,001.00 in full and final satisfaction of all claims asserted by Plaintiff in this action, plus reasonable and recoverable attorney fees and costs earned through and including 14 days after the making of this Offer as determined by the Court.

This Offer of Judgment is expressly conditioned on it being accepted by Plaintiff for all claims asserted against NRA, or for any claim that could be or has been asserted against NRA and/or any of NRA's officers, agents, affiliated entities, or employees, arising out of the subject matter of Plaintiff's Complaint in this action.

This Offer of Judgment is made for the purposes set forth in Fed. R. Civ. P. 68, and is not to be construed either as an admission that NRA is liable in this action, or that Plaintiff has suffered damage or injury, which NRA expressly denies.

This Offer of Judgment shall not be filed with the Court unless accepted.  Plaintiff may indicate its acceptance of this offer by signing the statement to that effect set forth below within the time limit set forth in Fed. R. Civ. P. 68.

Respectfully Submitted,
GORDON & REES LLP

_____
Peter G. Siachos
Matthew P. Gallo
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2532
Facsimile: (973) 377-1911
psaichos@gordonrees.com
*Attorneys for Defendant*
*National Recovery Agency*

Dated: November 28, 2017

## ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Amanda Hager hereby accepts the above Offer of Judgment of Defendant National Recovery Agency on the terms stated in said Offer of Judgment and pursuant to Fed. R. Civ. P. 68.

DATED: _____

Accepted:


_____
By: