**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMANDA HAGER,<br><br>              Plaintiff,<br>v.<br><br>NATIONAL RECOVERY AGENCY,<br><br>              Defendant. | Civil Action No.:  2:17-cv-07450-MCA-MAH<br><br>**NOTICE OF APPEARANCE OF<br>RANDOLPH ANDREW SCOTT** |

PLEASE TAKE NOTICE that the undersigned attorney of the law offices of Gordon & Rees LLP hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant National Recovery Agency ("Defendant") in this matter, and requests that copies of all briefs, orders, correspondence and other papers be served.

                                      **GORDON & REES**
                                      *Attorneys for Defendant National Recovery Agency*

                                      By:      */s/ Randolph Andrew Scott*
                                                   Randolph Andrew Scott, Esq.

                                      18 Columbia Turnpike, Suite 200
                                      Florham Park, New Jersey 07932
                                      Tel: 973.549.2500
                                      Fax: 973.377.1911

Dated:  February 20, 2018