R. ANDREW SCOTT
RSCOTT@GRSM.COM
DIRECT DIAL: (973) 549-2524

*Admitted In:* NJ



18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
WWW.GRSM.COM

February 27, 2018

**VIA ECF**

Honorable Michael A. Hammer, Magistrate Judge
United States District Court, District of New Jersey
50 Walnut Street 2C
Newark, NJ 07101

      RE:    **Amanda Hager v. National Recovery Agency**
              Case No. 17-7450 (MCA)(MAH)

Dear Judge Hammer:

      As you are aware, our firm represents Defendant National Recovery Agency ("NRA") in the above referenced matter. We are writing to the court pursuant to Your Honor's February 22, 2018 Order requiring that NRA provide the Court with an update concerning settlement negotiations.

      To date, the parties in this matter have been unable to reach an agreement as to reasonable attorney's fees. NRA is open to engaging in further discussions with Counsel for Plaintiff, or any other methods Your Honor deems appropriate to resolve this matter.

      NRA is most appreciative for Your Honor's consideration.

                                        Respectfully Submitted,

                                        */s/ R. Andrew Scott*

                                        R. ANDREW SCOTT

cc:    All Counsel, via ECF