LAW OFFICES OF

# LAWRENCE KATZ

70 East Sunrise Highway

SUITE 500

VALLEY STREAM, NEW YORK 1I581

lkatz@lawkatz.com

| TELEPHONE | | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 544-8878 |

Via ECF
Honorable Michael A. Hammer, Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street 2C
Newark, NJ 07101

March 6, 2019

Re: <u>***Hager v. National Recovery Agency***</u>**, Case No: 2:17-cv-07450-MCA-MAH**

Honorable Judge Hammer:

     I represent Amanda Hager, the Plaintiff.  By order dated January 9, 2019, the Court directed the parties to submit a joint status letter, in advance to the upcoming status conference, which is scheduled for March 14, 2019.

     This case involves several claims alleged under the Fair Debt Collection Practices Act. Plaintiff accepted Defendant's offer of judgment as to Plaintiff's claim. The offer included reasonable counsel fees and costs and the parties are deadlocked on resolving the amount for attorney fees.

     The current status of this case is that Plaintiff's motion for attorney fees is currently pending, to which Defendant filed an opposition and Plaintiff filed a reply. As of today, no order deciding the motion has been entered.

     Plaintiff's Position: Shall the District Court judge so desire that your honor decide the motion on a report and recommendation, Plaintiff will consent to that.

     Defendant's position: Plaintiff forwarded the within letter to counsel for Defendant. However, counsel for Defendant has not responded or submitted a letter to the undersigned.

     Respectfully submitted,

     / s / Lawrence Katz

     Lawrence Katz