R. ANDREW SCOTT
RSCOTT@GRSM.COM
DIRECT DIAL: (973) 549-2524

Admitted In:  NJ, NY



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GRSM.COM

March 6, 2019

**Via ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street 2C
Newark, New Jersey 07101

  Re: *Hager v. Nat'l Recovery Agency*
    Case No.: 2:17-cv-07450-MCA-MAH

Dear Judge Hammer:

  This firm represents defendant National Recovery Agency ("NRA") in the above-referenced matter.  We respectfully write to provide the Court with a status letter, pursuant to Your Honor's January 9, 2019 Order, and in advance of the impending March 14, 2019 status conference.

  As you are aware, Plaintiff Amanda Hager ("Plaintiff") accepted NRA's FED. R. CIV. P. 68 Offer of Judgment on December 15, 2017, and the parties have attempted to resolve the outstanding issue of reasonable attorney's fees and costs ever since.   Ultimately, Plaintiff filed a Fee Petition on November 19, 2018, to which NRA timely opposed, and Plaintiff subsequently replied.

  Given the parties' inability to reach an agreement concerning reasonable attorney's fees and costs, if the District Court so desires, NRA respectfully defers and consents to Your Honor in deciding Plaintiff's pending Motion for Attorney Fees on a report and recommendation.  The parties have conferred on the matter, informing one another of their respective positions.

         Respectfully submitted,

         GORDON REES SCULLY MANSUKHANI, LLP

         */s/ R. Andrew Scott*

         R. ANDREW SCOTT

cc: All Counsel of Record (via ECF)

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ DELAWARE ♦ FLORIDA ♦ GEORGIA
ILLINOIS ♦ KENTUCKY ♦ MARYLAND ♦ MASSACHUSETTS ♦ MISSOURI ♦ NEBRASKA ♦ NEVADA ♦ NEW JERSEY
NEW YORK ♦ NORTH CAROLINA ♦ OHIO ♦ OKLAHOMA ♦ OREGON ♦ PENNSYLVANIA ♦ RHODE ISLAND ♦ SOUTH CAROLINA
SOUTH DAKOTA ♦ TEXAS ♦ UTAH ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC ♦ WEST VIRGINIA ♦ WISCONSIN