MATTHEW P. GALLO
MGALLO@GRSM.COM
DIRECT DIAL: (973) 549-2531

Admitted In:  NJ, NY



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GRSM.COM

March 12, 2019

**Via ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street 2C
Newark, New Jersey 07101

    Re:    *Hager v. Nat'l Recovery Agency*
           Case No.: 2:17-cv-07450-MCA-MAH

Dear Judge Hammer:

    This firm represents defendant National Recovery Agency ("NRA") in the above-referenced matter.  We are in receipt of Your Honor's Order requiring all counsel and parties to appear in your courtroom on March 14, 2019 at 10:00 a.m.  [Dkt. 33].

    With the consent of our adversary, we respectfully write to request that the conference time be changed from 10:00 a.m. to 11:30 a.m. due to a scheduling conflict.  I am scheduled to appear for oral argument in another matter at 9:30 a.m. that same morning.

    We thank Your Honor for his consideration.

                            Respectfully submitted,

                              GORDON REES SCULLY MANSUKHANI, LLP

                            */s/ Matthew P. Gallo*

                            MATTHEW P. GALLO

cc:    All Counsel of Record (via ECF)