LAW OFFICES OF

# LAWRENCE KATZ

70 EAST SUNRISE HIGHWAY
SUITE 500
VALLEY STREAM, NEW YORK 11581

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 544-8878 |

July 18, 2019

Honorable Madeline Cox Arleo
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        Re: <u>Hager v. National Recovery Agency; Docket No. 17 CV 7450 (MCA)(MAH)</u>

Dear Judge Arleo:

     In accordance with the court's order of May 29, 2019, administratively terminating the action, plaintiff writes to request that the action be reopened as settlement has not been consummated.  The settlement terms had been placed on the record before Magistrate Judge Michael A. Hammer on May 29, 2019 and been marked ECR SEALED.

                Sincerely,

                *s/Lawrence Katz*
                Lawrence Katz